**LENTO LAW GROUP**
Blake Wilkie, SBN 034028
5635 N. Scottsdale Road, Suite 170 – W2
Scottsdale, Arizona 85250
Blake.wilkie12@gmail.com
(480) 390-9807
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Ethan J. Fredericks,<br><br>          Plaintiff,<br><br>   vs.<br><br>Grand Canyon University;<br>         Defendants. | Case No. 2:25-cv-01331-JJT<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Blake Wilkie, attorney for Plaintiff, hereby enters an appearance in this action on behalf of Ethan J. Fredericks. All future pleadings, correspondence, and other papers should be served upon the undersigned.

**RESPECTFULLY SUBMITED** this 13th day of November, 2025.

LLG NATIONAL AZ PC

By:_____
Blake Wilkie, Esq.
5635 N. Scottsdale Road, Suite 170 – W2
Scottsdale, Arizona 85250
Blake.wilkie12@gmail.com
(480) 390-9807
*Counsel for Plaintiff*

1

# **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2025, I electronically transmitted the foregoing document and any attachments to the Office of the Clerk of the United States District Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert B. Zelms, Arizona Bar No. 018956
rzelms@zellaw.com
Nishan J. Wilde, Arizona Bar No. 031447
nwilde@zellaw.com
Direct (623) 250-0244
ZELMS ERLICH LENKOV
5415 E. High Street, Suite 425
Phoenix, Arizona 85054
Main: (480) 608-2114
*Attorneys for Defendant*

*/s/ Blake Wilkie*