Robert B. Zelms, Arizona Bar No. 018956
rzelms@zellaw.com
Nishan J. Wilde, Arizona Bar No. 031447
nwilde@zellaw.com
Direct (623) 250-0244
**ZELMS ERLICH LENKOV**
5415 E. High Street, Suite 425
Phoenix, Arizona 85054
Main: (480) 608-2114
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Ethan J. Fredericks,<br><br>        Plaintiff,<br><br>    v.<br><br>Grand Canyon University,<br><br>        Defendant. | Case No.  2:25-cv-01331-JJT<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

NOTICE IS GIVEN that Defendant Grand Canyon University, by and through undersigned counsel, served the following discovery document *via* electric mail on November 25, 2025, to counsel for Plaintiff:

1. Defendant's Initial Disclosure Statement

**DATED:**  November 25, 2025        **ZELMS ERLICH LENKOV**


By:  *s/ Nishan J. Wilde*
        Robert B. Zelms
        Nishan J. Wilde
        *Attorneys for Defendant*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 25, 2025, I electronically transmitted the foregoing document and any attachments to the Office of the Clerk of the United States District Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Blake Wilkie
LENTO LAW GROUP
5635 N. Scottsdale Rd., Suite 170-W2
Scottsdale, AZ  85250
blake.wilkie12@gmail.com
*Attorneys for Plaintiff*

By: *s/ Diana Drake*
*ddrake@zellaw.com*