**LLG NATIONAL AZ, PC**
Blake Wilkie, SBN 034028
5635 N. Scottsdale Road, Suite 170 – W2
Scottsdale, Arizona 85250
Blake.wilkie12@gmail.com
(480) 390-9807
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Ethan J. Fredericks,<br><br>                    Plaintiff,<br><br>          vs.<br><br>Grand Canyon University;<br>                    Defendants. | Case No. 2:25-cv-01331-JJT<br><br><br>**PLAINTIFF'S INITIAL FRCP 26 DISCLOSURES** |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Ethan J. Fredericks, by and through undersigned counsel, hereby submits the following Initial Disclosure Statement. These disclosures are made based on information reasonably available to Plaintiff at this time, prior to the commencement of formal discovery. Plaintiff reserves the right to supplement, amend, or withdraw any part of these disclosures as additional information becomes known through investigation or discovery.

This disclosure statement is provided solely for the purpose of complying in good faith with the requirements of Rule 26 and shall not be construed as an admission of liability, the relevance or admissibility of any particular information, or a waiver of any applicable privilege, including the attorney–client privilege and the work product doctrine. To the extent any portion of this disclosure is used before a trier of fact, fairness dictates that this prefatory statement also be presented.

I.      NAMES,   ADDRESSES,   AND   TELEPHONE   NUMBERS   OF

1

**WITNESSES AND DESIGNATION OF SUBJECT MATTER ABOUT HOW WITNESS MIGHT TESTIFY:**

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Plaintiff Ethan J. Fredericks, through counsel, identifies the following individuals who are likely to have discoverable information that Plaintiff may use to support his claims. The individuals listed below may testify regarding the facts and circumstances surrounding Plaintiff's enrollment at Grand Canyon University, the disciplinary investigation and Code of Conduct proceedings, Plaintiff's suspension from the nursing program, communications between Plaintiff and university personnel, and the damages suffered by Plaintiff as a result of the Defendant's actions. Plaintiff reserves the right to supplement or amend this list as discovery progresses.

**A. Ethan J. Fredericks (Plaintiff)**

    **c/o BLAKE WILKIE, ESQUIRE**

    **5635 N. Scottsdale Road – Suite 170-W2**

    **Scottsdale, Arizona 85250**

    **Telephone: (480) 264-0709**

    **Email: blake.wilkie12@gmail.com**

    **Subject Matter:** Will testify to facts relating to Plaintiff's enrollment at Grand Canyon University, the disciplinary investigation, Code of Conduct proceedings, communications with university officials, the suspension decision, and damages suffered as a result.

**B. Danielle Edwards, MSN-Ed, RN, CMSRN**

    **Director of Nursing Services**

    **Grand Canyon University**

    **3500 N. Campbell Ave.**

    **Tucson, AZ 85719**

    **Phone: (602) 639-8574**

**Subject Matter:** Referral of Plaintiff to the Code of Conduct process, allegations of misconduct, communications with Plaintiff regarding disciplinary proceedings, and involvement in the investigation.

**C. Kei Ann Mandanas**

    **Academic Success Coach II**

    **Grand Canyon University**

    **3500 N. Campbell Ave.**

    **Tucson, AZ 85719**

    **Phone: (520) 689-4805**

    **Subject Matter:** Communications with Plaintiff regarding the disciplinary process, academic standing, and suspension.

**D. Emma Lunsford**

    **Student Nurse**

    **Grand Canyon University**

    **Subject Matter:** May testify regarding program rules, policies on point deductions, member communications, and similar actions taken against other customers.

**E.    Francisco Platero**

    **Student Nurse**

    **Grand Canyon University**

    **Subject Matter:** Observations of Plaintiff's conduct during clinical rotations, including Plaintiff's professional behavior and use of a cellular device during clinical assignments.

**F.    Leah R. Blais-Mesina**

    **Student Nurse**

    **Grand Canyon University**

    **Subject Matter:** Context and content of statements attributed to Plaintiff regarding a professor and whether such statements were threatening or otherwise unprofessional.

**G.** **Members of the Grand Canyon University Code of Conduct Committee**

**Grand Canyon University**

**Phoenix, Arizona**

**Subject Matter:** Investigation, review of evidence, and adjudication of the allegations against Plaintiff, including the decision to impose disciplinary sanctions.

**H. Any Other Witnesses Identified through Discovery**

**Address:** To be Determined

**Telephone:** To be Determined

**Subject Matter:** Additional witnesses may be identified through the discovery process, and Plaintiff reserves the right to supplement this disclosure as needed.

**I.** Defendants reserve the right to call any of the witnesses listed by any party.

**J.** Custodian of Records for any records identified, to lay foundation and to interpret data contained within any and all related exhibits.

**K.** Any necessary foundational or authentication witnesses.

**L.** Any necessary rebuttal witnesses.

**M.** Any and all witnesses who will be, or have been disposed in this matter.

**N.** Any and all experts retained by either party.

**II.** **NAMES AND ADDRESSES OF PERSONS WHO ARE BELIEVED TO HAVE KNOWLEDGE OR INFORMATION RELEVANT TO OCCURRENCE:**

Other than those listed above, none at this time.

**III.** **NAMES AND ADDRESSES OF PERSONS WHO HAVE GIVEN WRITTEN STATEMENTS:**

Plaintiff is currently aware of the following individuals who have provided written statements relating to the allegations that led to Plaintiff's suspension:

1. **Emma Lunsford**, Student Nurse, Grand Canyon University. Written statement regarding Plaintiff's conduct during clinical rotations and observations that Plaintiff did not engage in unprofessional behavior.

4

2. **Francisco Platero**, Student Nurse, Grand Canyon University. Written statement regarding Plaintiff's conduct during clinical rotations and Plaintiff's use of a cellular device during clinical assignments.

3. **Leah R. Blais-Mesina**, Student Nurse, Grand Canyon University. Written statement regarding the context of statements attributed to Plaintiff concerning a professor and whether those statements were threatening or inappropriate.

Plaintiff reserves the right to supplement this disclosure as additional information becomes available.

**IV.   NAMES AND ADDRESSES OF EXPERT WITNESSES:**

None at this time.

**V.   A COPY OR A DESCRIPTION BY CATEGORY AND LOCATION OF ALL DOCUMENTS, ELECTRONICALLY STORED INFORMATION, AND TANGIBLE THINGS THAT PLAINTIFF HAS IN HIS POSSESSION, CUSTODY, OR CONTROL, AND MAY USE TO SUPPORT HIS CLAIMS OR DEFENSES.**

| Description | Bates Range |
| --- | --- |
| Grand Canyon University Academic Suspension Letter dated July 7, 2022 | Fredericks 00001–00003 |
| Email correspondence regarding Code of Conduct referral from Danielle Edwards | Fredericks 00004–00005 |
| Email correspondence between Plaintiff and Grand Canyon University regarding disciplinary proceedings and Code of Conduct hearing | Fredericks 00006–00013 |
| Plaintiff's written appeal of suspension and request for relief | Fredericks 00014–00018 |
| Email correspondence regarding secondary appeal and related communications | Fredericks 00019–00020 |

| | |
|---|---|
| Witness statement of Pauline Romo, RN | Fredericks 00029–00030 |
| Witness statement of Leah Blais-Mesina | Fredericks 00031–00032 |
| Phone activity log / screen time screenshot for June 21, 2022 | Fredericks 00033–00034 |
| Witness statement of Emma Lunsford | Fredericks 00035–00036 |
| Witness statement of Francisco Platero | Fredericks 00037–00038 |
| Letter of recommendation from Commander Tara A. O'Connell, DO | Fredericks 00039–00040 |
| Character letter from Robyn Hopper Burrell, RN | Fredericks 00041–00042 |
| Character letter from Brenda Fredericks | Fredericks 00043–00044 |
| Grand Canyon University class schedule and transcript for Plaintiff | Fredericks 00050–00051 |

**VI.   ANY INSURANCE AGREEMENT UNDER WHICH AN INSURANCE BUSINESS MAY BE LIABLE TO SATISFY ALL OR PART OF A POSSIBLE JUDGMENT IN THE ACTION OR TO INDEMNIFY OR REIMBURSE FOR PAYMENTS MADE TO SATISFYING THE JUDGMENT.**

Not applicable.

**RESPECTFULLY SUBMITTED** this 12th day of March, 2026.

**LLG NATIONAL AZ PC**

By:___ _____
Blake Wilkie, Esq.
5635 N. Scottsdale Road, Suite 170 – W2
Scottsdale, Arizona 85250
Blake.wilkie12@gmail.com
(480) 390-9807
*Attorneys for Plaintiff*

6

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2026, I electronically transmitted the foregoing document and any attachments to the Office of the Clerk of the United States District Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert B. Zelms, Arizona Bar No. 018956
rzelms@zellaw.com
Nishan J. Wilde, Arizona Bar No. 031447
nwilde@zellaw.com
Direct (623) 250-0244
ZELMS ERLICH LENKOV
5415 E. High Street, Suite 425
Phoenix, Arizona 85054
Main: (480) 608-2114
*Attorneys for Defendant*

*/s/ Blake Wilkie*

# GRAND CANYON UNIVERSITY

3300 West Camelback Road | Phoenix, Arizona 85017 | 602.639.7500 | Toll Free 800.800.9776 | www.gcu.edu

July 7, 2022

Ethan Fredericks
3510 N. Craycroft Road
Apt. 7304
Tucson, AZ 85718

Re: Official Academic Suspension Effective 07/07/2022

Dear Ethan:

Grand Canyon University holds academic integrity and professionalism close to the heart of its mission. For these two reasons, we believe it is important for students and faculty alike to be able to report incidents where these two values are violated.

You are hereby notified of your suspension from Grand Canyon University based on the recommendation from the Code of Conduct Committee, in consultation with the College of Nursing and Health Care Professions and the Associate Vice President of Academic Compliance and Regulation, effective 07/07/2022. Your suspension from the University means you cannot register for any additional courses for one academic semester. After the duration of your one semester suspension concludes, you may contact your Student Services Counselor in order to apply for reinstatement into the University. Due to your suspension, your access to the Halo classroom system has been terminated until you are approved for reinstatement. Please note that reinstatement into the University is not guaranteed.

Your suspension is based upon violations of the Student Code of Conduct and Academic Standards, which were charged against you on 06/23/2022. You were notified of the charges on 06/30/2022, which informed you of your opportunity to speak on your own behalf to the Code of Conduct Committee. The official notification was sent to ethanjfredericks@gmail.com, as well as EFrederick3@my.gcu.edu. You opted to participate in your hearing and discussed this issue with the Code of Conduct Committee, which convened on 07/05/2022.

Upon investigation of the classroom, there is substantial evidence of student conduct violations as reported for your NSG-320 course. Below outlines the violations, as well as the evidence and resulting penalties:
- Policy Violations:
  - Behaving in any manner that creates a disruption, or a hostile or offensive educational environment for a student, faculty member, or staff member
  - Communicating or behaving in any form that disrupts or interferes with the educational process or any institutional function
  - Failing to adhere to college dispositional expectations, policies and standards, as referred to the Code of Conduct Committee by college Professional Practices Committees.

FIND YOUR PURPOSE

**Fredericks 00001**

- o Threatening statements, behaviors, or acts of violence against students, faculty, and staff
- Evidence of Policy Violations:
  - o It was reported that you made inappropriate statements and demonstrated unprofessional behavior during your time at your clinical setting. Specifically, the following was reported:
    - On 06/11/2022: It was reported that you had informed the RN that you were cleared to administer medications without instructor supervision, however, you were not cleared to do so as you had only been observed performing a Sub Q injection and nothing else.
    - On 06/17/2022: It was reported you had made verbal statements complaining about the University and its faculty being incompetent and lacking the appropriate credentials to teach. Additionally, it has been reported that you had made statements regarding one of your instructors, who is currently pregnant, that you had wished she would have her baby prematurely or that it would die so that the instructor would leave the University.
    - On 06/18/2022: It was reported you had attempted to perform a blood draw even though you have not been cleared to perform this action. When this was addressed, you stated "at least we tried." It has been reported that you also demonstrated an inappropriate attitude regarding what you are permitted to do and not to do in the clinical setting.
    - On 06/21/2022: It was reported by the RN that you were on your cell phone excessively playing games throughout morning report and the day.
    - On 06/23/2022: During a meeting to review your previous statements and behavior listed above, you had admitted to your previous comments, but stated you wished no harm on your instructor's infant. Additionally, you did not deny your statements regarding University faculty and the University as a whole. However, you denied being on your phone for the day and having any negative interactions at the clinical site. You were specifically informed during this meeting the appropriate hierarchy for addressing any issues you may have. You verbally acknowledged this meeting and your understanding of what was discussed as well as the Code of Conduct report that would be filed.
  - o Please note, students are welcome to present opposing viewpoints and challenge others while participating in course discussions; however, all communications are required to abide by the ethical, professional, and academic standards that are conducive to a positive learning experience. Additionally, students are expected to employ open and respectful communication in all mediums, including on-site clinicals, discussion forums, assignments, and emails. Although we understand your frustration with regard to the course policies and University requirements, your communication shows a lack of respect and professionalism toward the University's staff and clinical site staff. Furthermore, any concerns you have with your instructor or the classroom are handled directly with your Student Services Counselor (SSC).
- University-level Penalties:
  - o You are academically suspended from GCU for a period of one academic semester, based on violations of the Student Code of Conduct and Academic Standards.
  - o You have been removed from the following courses and the grade will reflect a "W" for the classes:

FIND YOUR PURPOSE

**Fredericks 00002**

- NSG-320-TUCB22SP (05.09.2022-08.21.2022)
- NSG-320C-TUCB22SP (05.09.2022-08.21.2022)
- NSG-322-TUCB22SP (05.09.2022-08.21.2022)
- NSG-324-TUCB22SP (05.09.2022-08.21.2022)
- NSG-322C-TUCB22SP (05.09.2022-08.21.2022)
- NSG-322CI-TB1DAY1 (2022 SU NURSING)
- NSG-320CC-TUB1016 (2022 SU NURSING)
- NSG-322CC-TB460252 (2022 SU NURSING)

- If you are living in on-campus housing, you must reach out directly to Housing at 602-639-6240 in order to schedule a time to pick up your items. You are required to be moved out of housing within two (2) days of the date of this notification.
- Upon conclusion of the one academic semester suspension, ending 01/09/2023, you may apply for reinstatement into the University, however, reinstatement is not guaranteed.
- At which time you are permitted to resume your program of study, you will be academically and financially responsible for repeating these courses.
- Should an additional incident occur, a formal complaint will be made by the University to your respective board of nursing.
- For the duration of your suspension, you are not permitted to be on campus property. This includes participating in, or attending, any activity or function on GCU property, including public events. If you need to utilize a campus-based service (i.e. Student Services), you are required to arrange this ahead of time. Please contact Academic Compliance at 602-639-7800 for approval and for arrangements to be made with Campus Safety. Failure to comply with this directive will result in being formally trespassed by the Grand Canyon University Campus Safety Office or Grand Canyon University Police Department.

It is the University's policy to create an environment in which this type of behavior is barred from the classroom, and all students are held to appropriate professional standards. This includes requiring students to employ open and respectful communication in all mediums, including discussion forums, assignments, emails, and telephone conversations. Your recent behavior does not support the type of environment we expect at Grand Canyon University. Inappropriate or harassing communications, whether intentional or unintentional, will not be tolerated. Students are expected to abide by ethical, professional, and academic standards that are conducive to a positive learning experience.

Please note that if additional incidents occur, you are subject to additional measures including, but not limited to, removal from a course, removal from your program of study, failing grades, and expulsion.

The Office of Academic Compliance
Grand Canyon University
--
3300 W. Camelback Rd.
Phoenix, AZ  85017
Direct: (602) 639-7800
academicstandards@gcu.edu

FIND YOUR PURPOSE

**Fredericks 00003**

# Fwd: Code of Conduct Referral

Ethan J Fredericks <EFrederick3@my.gcu.edu>
Mon 7/25/2022 10:04 PM
To:thomas.caruso.3@us.af.mil <thomas.caruso.3@us.af.mil>

Get [Outlook for iOS](#)

**From:** Ethan J Fredericks <EFrederick3@my.gcu.edu>
**Sent:** Monday, July 25, 2022 11:57:06 AM
**To:** thomas.caruso.3@us.as.mil <thomas.caruso.3@us.as.mil>
**Subject:** Fwd: Code of Conduct Referral

Get [Outlook for iOS](#)

**From:** Danielle Edwards <Danielle.Edwards@gcu.edu>
**Sent:** Thursday, June 23, 2022 12:42
**To:** Ethan J Fredericks <EFrederick3@my.gcu.edu>
**Subject:** Code of Conduct Referral

Hello Mr. Fredericks,

As per our discussion earlier, you are being referred to Code of Conduct regarding the following unprofessional behavior practices reported to me by faculty, students, and the clinical facility:

- Unprofessional verbal communication which could be inferred as wishing harm on an instructor and/or the instructors unborn child
- Unprofessional behavior within the clinical setting including the use of personal electronics and negative comments/behavior that could impact the success of other students and the relationship of Grand Canyon University and the clinical partner.

You may view the Code of Conduct policy within the University Policy Handbook here: [Academic Catalog & Policies | Grand Canyon University (gcu.edu)](#)

Thank you,
**Danielle Edwards, MSN-Ed, RN, CMSRN**
**Director of Nursing Services**
**Accelerated Baccalaureate Nursing Program - Tucson**
**College of Nursing and Health Care Professions**
_____
**Grand Canyon University**
3500 N. Campbell Ave. | Tucson, AZ | 85719
520-508-9461 Cell
602-639-8574 Office
[Danielle.Edwards@gcu.edu](#) | [gce.com](#)

**Fredericks 00004**

This message is private and confidential. If you have received it in error, please notify the sender and remove it from your system.

**Fredericks 00005**

**Re: Important Message from The Office of Academic Compliance**

Ethan J Fredericks <EFrederick3@my.gcu.edu>
Fri 7/8/2022 12:36 AM
To:Academic Standards <academicstandards@gcu.edu>

Good Day,

I am making a request to have my recorded zoom call with the board 7/5/2022 at 1525. Thank you for your assistance.

V/R
Ethan Fredericks

Get Outlook for iOS

**From:** Academic Standards <academicstandards@gcu.edu>
**Sent:** Friday, July 1, 2022 1:18:47 PM
**To:** Ethan J Fredericks <EFrederick3@my.gcu.edu>
**Subject:** RE: Important Message from The Office of Academic Compliance

Ethan,

Thank you for the update. This information will also be added to your file for the Committee to review.

**The Office of Academic Compliance**
Code of Conduct
--
Grand Canyon University
3300 W Camelback Rd
Phoenix, AZ 85017
Phone: (602) 639-7800
Email: Academicstandards@gcu.edu
Website: http://www.gcumedia.com/lms-resources/student-success-center/v3.1/#/tools/academic-integrity

**From:** Ethan J Fredericks <EFrederick3@my.gcu.edu>
**Sent:** Friday, July 1, 2022 12:58 PM
**To:** Academic Standards <academicstandards@gcu.edu>
**Subject:** Re: Important Message from The Office of Academic Compliance

Good Day,

In my summary I included the fact that my phone tracks my phone usage through IOS which cannot be altered. I meant to attach it in the original email. I apologize and I hope it is not too late. You can see between the hours of 0700-1100 and 1300-1800 which are on floor clinical time all the hours are well below the 15-minute line. As we were allotted breaks and bathroom breaks this phone times does not follow in line of "excessive gaming." I hope you can consider this last photo. Thank you.



**Fredericks 00006**

## Tuesday, June 21

# 5h 49m





Social

3h 34m

Information & Readi

35m

Productivity & Finance

17m

**Fredericks 00007**

Updated today at 07:05

MOST USED                    SHOW CATEGORI

 Messages
                                        2h

 Safari
                                        44m

 TikTok
                                        44m

 google.com
                                        35m

Get Outlook for iOS

---

**From:** Ethan J Fredericks <EFrederick3@my.gcu.edu>
**Sent:** Friday, July 1, 2022 12:46:10 PM
**To:** Academic Standards <academicstandards@gcu.edu>
**Subject:** Re: Important Message from The Office of Academic Compliance

Good Day,

I will be able to attend at this time. Thank you for your prompt response. Please let me know if you need anything from me in the meantime. Thank you.

V/R
Ethan Fredericks.

Get Outlook for iOS

---

**From:** Academic Standards <academicstandards@gcu.edu>
**Sent:** Friday, July 1, 2022 12:18:47 PM
**To:** Ethan J Fredericks <EFrederick3@my.gcu.edu>
**Subject:** Important Message from The Office of Academic Compliance

Hello Ethan,

Please review the below information carefully.

The reason for the Code of Conduct conference is for the Committee to validate or invalidate the charges listed on your letter. The typical outcomes of the conference are Disciplinary Warning, Academic Suspension, Academic Expulsion, failure of assignment grades, and failure of course grade. Please note that the outcomes of the conferences differ from case to case and are based on the Code of Conduct Committee's decision. The Committee will review the information gathered from a thorough investigation which is provided to them, as well as the student's response, if you would like to pursue your conference. Your conference is

**Fredericks 00008**

to bring forth any information that would counter the charges or explain why the reason for these charges may be in error. If you have any other questions regarding the Code of Conduct process please refer to the University Policy Handbook, https://www.gcu.edu/academics/academic-policies.php.

Further, per a conversation with our office today, 07/01/2022, you stated you would like to participate in the Committee conference. Specifically, you requested an in-person conference with the Code of Conduct Committee. This email serves as a notification that Code of Conduct Committee is scheduled to convene on 07/05/2022. **In order to secure your in-person conference, a written summary of your perspective on this issue is <u>required</u>, which has been received.** The Committee will review this information in advance. The Committee is comprised of representatives from the following areas, who will be in attendance during your conference:

- Colangelo College of Business
- College of Doctoral Studies
- College of Education
- College of Arts and Media
- College of Humanities and Social Sciences
- College of Nursing and Health Care Professions
- College of Science, Engineering and Technology
- College of Theology
- Faculty Development
- Center for Learning and Advancement

In order to remain respectful of all schedules, as well as to promote confidentiality for our students, individual conferences are limited to a maximum of 10 total minutes.

- One minute: FERPA verification
- Eight minutes: Open discussion between the Committee and student based on previously submitted written statement
- One minute: Closing statement by the student
- The conference concludes

Your individual conference has been scheduled for **3:25 pm on Tuesday, 07/05/2022.** Your conference will start promptly at 3:25 pm Arizona Time. **<u>With the current situation, we have moved to a virtual meeting for the safety of all students, faculty, and staff. In order to still appear "in-person" you will need to have computer/internet accessibility with a webcam/camera feature on your computer/phone. During your scheduled hearing time, you will click on the Zoom Meeting link, to then appear in front of all the Committee members. All members will have video capability so you can see everyone present at your hearing.</u>**

The information is below:

Join Zoom Meeting

https://gcu.zoom.us/j/95941875737?pwd=R2h0MnhCRGVFUGQveFozS05IS0x0QT09

Meeting ID: 959 4187 5737

Passcode: 211815

International numbers available: https://gcu.zoom.us/u/apGWhwXtY Should you require assistance using this technology, please call Zoom at (888) 799-9666 Ext. 2 from 6AM to 5PM PST, Monday through Friday.

You are required to respond to this email no later than <u>Sunday, 07/03/2022</u>, to confirm your attendance. Please note that if you are unable to attend during your allotted time, your written statement will still be reviewed by the Code of Conduct Committee during the specified conference time.

Thank you,

**The Office of Academic Compliance**
Code of Conduct
--
Grand Canyon University
3300 W Camelback Rd
Phoenix, AZ 85017
Phone: (602) 639-7800
Email: Academicstandards@gcu.edu
Website: http://www.gcumedia.com/lms-resources/student-success-center/v3.1/#/tools/academic-integrity

---

**From:** Ethan J Fredericks <EFrederick3@my.gcu.edu>
**Sent:** Friday, July 1, 2022 11:27 AM
**To:** Academic Standards <academicstandards@gcu.edu>; ethanjfredericks@gmail.com
**Subject:** Re: Official Notification from The Office of Academic Compliance

Good Day,

As previously requested over phone call this morning, I have attached all documentation that I would like to submit to the board. I am awaiting the date and time for my Zoom call with the board. Thank you for your time and consideration in this matter. I look forward to meeting with the board and having a productive conversation.

V/R

**Fredericks 00009**

Ethan Fredericks

---

**From:** Academic Standards <academicstandards@gcu.edu>
**Date:** Thursday, June 30, 2022 at 3:25 PM
**To:** ethanjfredericks@gmail.com <ethanjfredericks@gmail.com>, Ethan J Fredericks <EFrederick3@my.gcu.edu>
**Subject:** Official Notification from The Office of Academic Compliance



GRAND CANYON UNIVERSITY™

3300 West Camelback Road | Phoenix, Arizona 85017 | 602.639.7500 | Toll Free 800.800.9776 | www.gcu.edu

June 30, 2022

Ethan Fredericks
3510 North Craycroft Road
Apt. 7304
Tucson, AZ 85718

Re:  Official Notification

**Please read this letter in its entirety. If you choose to participate in the Code of Conduct Committee hearing, your response and chosen method of participation must be received within seven (7) days.**

Dear Ethan:

This email serves as official notification that you have been reported to the University for violating the Student Code of Conduct and Academic Standards in your NSG-320 course. The specific policy violations, as listed in the *University Policy Handbook*, are as follows:
- Behaving in any manner that creates a disruption, or a hostile or offensive educational environment for a student, faculty member, or staff member
- Communicating or behaving in any form that disrupts or interferes with the educational process or any institutional function
- Failing to adhere to college dispositional expectations, policies and standards, as referred to the Code of Conduct Committee by college Professional Practices Committees
- Threatening statements, behaviors, or acts of violence against students, faculty, and staff

It was reported that you made inappropriate statements and demonstrated unprofessional behavior during your time at your clinical setting. Specifically, the following was reported:
- On 06/11/2022: It was reported that you had informed the RN that you were cleared to administer medications without instructor supervision, however, you were not cleared to do so as you had only been observed performing a Sub Q injection and nothing else.
- On 06/17/2022: It was reported you had made verbal statements complaining about the University and it's faculty being incompetent and lacking the appropriate credentials to teach. Additionally, it has been reported that you had made statements regarding one of your instructors, who is currently pregnant, that you had wished she would have her baby prematurely or that it would die so that the instructor would leave the University.
- On 06/18/2022: It was reported you had attempted to perform a blood draw even though you have not been cleared to perform this action. When this was addressed, you stated "at least we tried." It has been reported that you also demonstrated an inappropriate attitude regarding what you are permitted to do and not to do in the clinical setting.
- On 06/21/2022: It was reported by the RN that you were on your cell phone excessively playing games throughout morning report and the day.
- On 06/23/2022: During a meeting to review your previous statements and behavior listed above, you had admitted to your previous comments, but stated you wished no harm on your instructor's infant. Additionally, you did not deny your statements regarding University faculty and the University as a whole. However, you denied being on your phone for the day and having any negative interactions at the clinical site. You were specifically informed during this meeting the appropriate hierarchy for addressing any issues you may have. You verbally acknowledged this meeting and your understanding of what was discussed as well as the Code of Conduct report that would be filed.

Please note, students are welcome to present opposing viewpoints and challenge others while participating in course discussions; however, all communications are required to abide by the ethical, professional, and academic standards that are conducive to a positive learning experience. Additionally, students are expected to employ open and respectful communication in all mediums, including on-site clinicals, discussion forums, assignments, and emails. Although we understand your frustration with regard to the course policies and University requirements, your communication shows a lack of respect and professionalism toward the University's staff and clinical site staff. Furthermore, any concerns you have with your instructor or the classroom are handled directly with your Student Services Counselor (SSC). The information has been reviewed by the College of Nursing and Health Care Professions and is considered sufficient to warrant the charges.

Per the *University Policy Handbook*, you have the right to speak with the Code of Conduct Committee before any action is taken by the University. Please note that speaking to the Code of Conduct Committee is not required, it is an option provided to you. However, the Code of Conduct Committee will still review the documentation and make a determination whether or not you choose to participate in your conference. If you do not wish to address the Code of Conduct Committee, no action is required.

If you feel this report is in error and desire to show proof, explain exculpatory circumstances, or have other information you would like to present to the Code of Conduct Committee, you may select one of the following methods of participation:
- Written Statement – You provide a written summary and any relevant documentation, which is reviewed by the Committee on your conference date.
- Telephone Conference – You provide a written summary and any relevant documentation prior to your conference date. You are then contacted via telephone at a specific time on your conference date and connected with the Code of Conduct Committee to discuss your provided written documentation.
- Appear In-Person – You provide a written summary and any relevant documentation prior to your conference. You then meet with the Code of Conduct Committee at a specific time on your conference date. Please note that you are responsible for any expenses incurred.

Per the *University Policy Handbook*, you have seven days from the date of the official email notification to respond, or you will waive your right to participate. Therefore, if you intend to participate, you must respond via telephone or email and select the method by which you intend to participate **no later than 07/07/2022**. If your request is not received by this date, we will be unable to accommodate any requests to participate other than via written statement.

Information about the Code of Conduct procedure, including potential penalties, can be found in the *University Policy Handbook* available through

**Fredericks 00010**

https://www.gcu.edu/academics/academic-policies.php

Your response must be received no later than 07/07/2022.

Thank you,

The Office of Academic Compliance
Grand Canyon University
--
3300 W. Camelback Rd.
Phoenix, AZ  85017
Direct: (602) 639-7800
academicstandards@gcu.edu

**The Office of Academic Compliance**
Code of Conduct
--
Grand Canyon University
3300 W Camelback Rd
Phoenix, AZ 85017
Phone: (602) 639-7800
Email: Academicstandards@gcu.edu
Website: https://www.gcu.edu/academics/academic-policies.php
Student Success Center: http://www.gcumedia.com/lms-resources/student-success-center/v3.1/#/tools/academic-integrity

This message is private and confidential. If you have received it in error, please notify the sender and remove it from your system.

**Fredericks 00011**

## RE: Phone Call – Follow up

## Kei Ann Mandanas <KeiAnn.Mandanas@gcu.edu>

Fri 7/8/2022 1:48 AM

To:Ethan J Fredericks <EFrederick3@my.gcu.edu>
Cc:Danielle Edwards <Danielle.Edwards@gcu.edu>

Hello Ethan,

Thank you for letting us know about that! From what I can see on my end, you should be receiving an email today about the decision from Code of Conduct. Please let Director Edwards know if you do not receive communication by the end of today and continue to communicate with your SSC.

Best,

## Kei Ann Mandanas

**Academic Success Coach II**
_____
**Grand Canyon University - Tucson Site**

3500 North Campbell Avenue
Tucson, AZ 85719

520-689-4805
keiann.mandanas@gcu.edu

[Calendly](Calendly)
[GCU Nursing Website](GCU Nursing Website)

*Office Hours: Mon- 8-4:30, Tue- 8-4:30 Wed- 8-4:30, Thu- 8-4:30, Fri- 8-4:30*
*Please allow a 24-hour response time to all inquiries received, with respect to weekends and holidays.*

---

**From:** Ethan J Fredericks <EFrederick3@my.gcu.edu>
**Sent:** Thursday, July 7, 2022 3:07 PM
**To:** Kei Ann Mandanas <KeiAnn.Mandanas@gcu.edu>
**Cc:** Danielle Edwards <Danielle.Edwards@gcu.edu>
**Subject:** Re: Phone Call - Follow up

I'll reach out to my SSC. I didn't know I was suspended. The only thing I know if Professor Dooley asked me to leave and you just now telling me I'm suspended. Thank you for the information. I'll follow up with SSC. Have a great weekend.

V/R
Ethan Fredericks

Get [Outlook for iOS](Outlook for iOS)

---

**From:** Kei Ann Mandanas <[KeiAnn.Mandanas@gcu.edu](KeiAnn.Mandanas@gcu.edu)>
**Sent:** Thursday, July 7, 2022 2:53:13 PM

**Fredericks 00012**

**To:** Ethan J Fredericks <EFrederick3@my.gcu.edu>
**Cc:** Danielle Edwards <Danielle.Edwards@gcu.edu>
**Subject:** Phone Call - Follow up

Hello Ethan,

I hope this email finds you well. I just listened to your voicemail and unfortunately, I am unable to give you a call back today due to my schedule. I was also briefed earlier on the Code of Conduct decision as well so just in case your concern pertains to it, I would encourage you to connect with your SSC for further communication during your suspension as they would have a better idea on how to approach it and in case you want to start an appeal.

Let me know if you have any further questions or concerns!

Best,

## Kei Ann Mandanas
**Academic Success Coach II**

_____

**Grand Canyon University - Tucson Site**

3500 North Campbell Avenue
Tucson, AZ 85719

520-689-4805
keiann.mandanas@gcu.edu

Calendly
GCU Nursing Website

*Office Hours: Mon- 8-4:30, Tue- 8-4:30 Wed- 8-4:30, Thu- 8-4:30, Fri- 8-4:30*
*Please allow a 24-hour response time to all inquiries received, with respect to weekends and holidays.*

---

This message is private and confidential. If you have received it in error, please notify the sender and remove it from your system.

**Fredericks 00013**

25 July 2022

The Office of Academic Compliance
Grand Canyon University
3300 W. Camelback Rd.
Phoenix, AZ 85017
academicstandards@gcu.edu

Re: Appeal of "Official Academic Suspension Effective 07/07/2022" and Request for Relief

Dean of Students or Designee:

I understand that Grand Canyon University ("GCU") holds academic integrity and professionalism close to the heart of its mission. I, too, believe it is important for students and faculty alike to be able to report incidents where these two values are violated. Based on your 7/7/2022 letter ("Suspension Letter"), my academic integrity is not disputed; only my professional values are being questioned.

The purpose of this communication is formally appeal the sanctions levied upon me. This communication will address procedural errors in my Student Conduct Process that unfairly and materially affected the outcome of the committee's decision to issue a suspension; present evidence that has been discovered that was not reasonably available at the time of my hearing; and explain why the sanctions that were assigned (suspension) are substantially disproportionate to similar violations.[1]

**Procedural Errors**

First, I would like to point out that the violations charged against me on 6/23/2022 are different from the charges that I was notified of on 6/30/2022.

On 6/23/2022, following a conversation with my program director, I received an email that read:

> ". . . you are being referred to Code of Conduct regarding the following unprofessional behavior practices reported to me by faculty, students, and the clinical facility:
> •Unprofessional verbal communication which could be inferred as wishing harm on an instructor and/or the instructors [*sic*] unborn child
> •Unprofessional behavior within the clinical setting including the use of personal electronics and negative comments/behavior that could impact the success of other students and the relationship of Grand Canyon University and the clinical partner."

On 6/30/2022, I received an email that included four "charges." This email matches the Suspension Letter's allegations. They include:

> (1) Behaving in any manner that creates a disruption, or a hostile or offensive educational environment for a student, faculty member, or staff member;
> (2) Communicating or behaving in any form that disrupts or interferes with the educational process or any institutional function;

---

[1] In accordance with (IAW) *Summer 2022 University Policy Handbook*, p. 220: "Appeals of Student Conduct Sanctions"

(3) Failing to adhere to college dispositional expectations, policies and standards, as referred to the Code of Conduct Committee by college Professional Practices Committees; and
(4) Threatening statements, behaviors, or acts of violence against students, faculty, and staff.

I am not sure what lead to this evolution of allegations. However, it hampered my preparedness for my brief hearing on 7/5/2022. I believe this procedural variance was unfair and could have materially affected my ability to defend myself at the aforementioned hearing.

Second, the Suspension Letter references "substantial evidence" of student conduct violations as reported for my NSG-320 course. However, the "Evidence of Policy Violations" section contains verbatim language from the charge notification email on 6/30/2022. There is no reference to the contradictory or contextual evidence I presented, nor is there a discussion why, in light of the evidence I presented, the committee found the allegations more likely to have occurred than not.[2] Although I concede that this discussion is not required to be disclosed, the verbatim language and lack of any explanatory findings suggests that the committee or fact finders during my hearing did not consider any of the contradictory or contextual evidence I presented. If this is true, then it is both unfair and definitely materially affected the outcome of the committee's decision. I have re-attached the old evidence I provided the board so that it can be properly reviewed with the new evidence.

Third, the "substantial evidence" against me has not been provided, nor was it referenced during my virtual hearing. The descriptions that changed from the initial notification date to the secondary notification date are vague. I fear that if the committee only reviewed these evolved descriptions of accusations, rather than inquiring into their potential for truth or credibility, then their decision was materially affected to my detriment. I have no way of knowing this without seeing all the evidence against me. Thus, I hope this appeal points out the unfairness of such an oversight and presents it from happening in future disciplinary investigations. Furthermore, because of the lack of presented evidence, I was appropriately surprised when I was removed from an on-going class by a professor, escorted off-campus, and subsequently told of my suspension via an email from the student success counselor that I initiated.

Fourth, there was a procedural violation during the code of conduct hearing. The committee did not lay out punishments that may have been invoked if I was found in violation of GCU policy. This with reference to page 216 in the 2022 GCU student handbook.

Taken together, these procedural issues suggest that there is not a standard procedure beyond the constitutionally required bare minimum of notice and hearing. "Generally, a fair procedure requires notice reasonably calculated to apprise interested parties of the pendency of the action and an opportunity to present their objections. . . . The hearing need not be formal, but in being given an opportunity to explain his or her version of the facts at this discussion, the student must first be told what he or she is accused of doing and what the basis of the accusation is."[3] Here, the accusations against me changed. The hearing gave me eight minutes to defend myself of these new accusations. Finally, the basis of accusations were vague at best. Despite all this, I provided and now provide further evidence contradicting each allegation against me.

Finally, at no point was I ever corrected for any of this alleged misconduct (until the meeting where I was notified of the start of this process). If the alleged misconduct is strong enough to warrant a suspension, then it should have been immediately addressed by the staff or faculty. In fact, the only feedback I was

---

[2] As required by *Summer 2022 University Policy Handbook*, p. 216: "The determination of the Board is made on the basis of whether it is more likely than not that the student violated the Community Standards."

[3] *Doe v. Univ. of S. Cal.*, 246 Cal. App. 4th 221, 221, 200 Cal. Rptr. 3d 851, 854 (2016)

given was an explanation of the proper way to submit feedback to the University during my notification meeting.

**New Evidence**

*Phone Usage 6/21/2022*

Attached at TAB-D is a screenshot of my cellular activity on 6/21/2022. It accounts for all 24 hours of the day and classifies all the activity. Pertinent to this investigation, it shows that during the work day I was not on my phone playing games. The largest activity time is during lunch, which shows about 25 minutes of social activity. This can include, but is not limited to, checking emails, sending text messages, looking at social media apps, and possibly making phone calls. None of these categories include gaming. Nor does the data at all show excessive phone use. Furthermore, TAB-E and TAB-F speak to the context of any actual phone use and why such use would have been permitted. The allegation about such gaming and phone use is without merit.

*Admission to Previous Statements 6/23/2022*

The Suspension Letter says that I admitted to my previous statements and behavior listed above. This is not true. I provided the context of the maternity leave statement and explained that at no point did I communicate that I wished harm on the teacher in question or her child. As to the second statement, I did not deny my feedback to the University faculty or institution. This is correct. However, I am unsure why this is referenced in the Suspension Letter. Such a statement seems to suggest that the suspension is retaliatory—aimed at discouraging my attempts to make our institution a better one by providing feedback. During my meeting with the Program Director, I was informed of the correct way to submit feedback. I do acknowledge that this information was provided and am happy to implement this knowledge into any other feedback I may have.

**Disproportionate Sanctions**

The Suspension Letter alleged four violations of the student conduct code. It does not say which of them were substantiated by the committee, or how, based on the "substantial evidence," they were substantiated. I will address each in turn below.

*Behaving in any manner that creates a disruption, or a hostile or offensive educational environment for a student, faculty member, or staff member.*

Only the reported comments about my instructor speak to this violation. I provided the context of the actual comment which did not include any threat or harm. There was no disruption that I have been made aware. TAB-C speaks to the comment and the context if my word is not enough.

Furthermore, I would be remiss to not mention a major issue here. If the roles were reversed, and the alleged comment was aimed at me, I am sure someone would sit me down and explain the concept of the "telephone" game. One person tells another "blue truck", and by the time it reaches the last person, they hear "bad luck." Accordingly, the decision-maker, in light of all the evidence and perspectives, would probably not take such aggressive action against the person who initially made a neutral comment.

Finally, because there was no disruption and because the context of one comment does not create an offensive or hostile environment[4], this violation seems unfounded. The complete evidence does not suggest the violation is more likely than not to have occurred, and thus suspension seems disproportionate.

*Communicating or behaving in any form that disrupts or interferes with the educational process or any institutional function.*

This allegation could refer to my alleged phone usage, my feedback to the University, the alleged teacher comment, or any of the reports against me. The Suspension letter does not specify which conduct substantiates this charge. If it was substantiated in aggregate, then it must be reevaluated based on the new evidence I presented because if the committee finds even one of the reports against me is unfounded, then the strength of this allegation's substantiation is severely weakened.

Furthermore, the Suspension Letter does not specify how the educational process or institutional function was disrupted by my alleged conduct. There does not seem to be any substantial evidence presented to support this alleged violation. Thus, suspension seems disproportionate as a corrective action.

*Failing to adhere to college dispositional expectations, policies and standards, as referred to the Code of Conduct Committee by college Professional Practices Committees.*

This violation seems to be an add-on violation or catch-all. Of course if I am found to have violated the student conduct code, this allegation would apply. To use this catch-all to achieve or bolster legitimacy on other unfounded allegations does not logically flow. This allegation alone does not warrant suspension, nor should its inclusion warrant one. Thus, suspension is disproportionate if based on this allegation at all.

*Threatening statements, behavior, or acts of violence against students, faculty, and staff.*

This allegation most likely refers to the alleged statements I made against my instructor. However, even out of context, these statements do not constitute threats or acts of violence. Furthermore, the making of these statements, both as alleged and in context, do not constitute threatening behavior against anyone. This violation is also unfounded. Suspension based on an unfounded or contested statement is disproportionate. Again, I wished no harm on anyone.

**Conclusion and Relief Sought**

It is my hope that the committee, intermediary, or whoever reviews this document and its attachments appreciates the immense regret that I feel about this whole process. This appeal does not constitute an effort on my part to be difficult, but rather to seek fair process and make my case.

---

[4] The student handbook referenced hostile or offensive environment in two spots. It expands on such language on page 61, providing that "Threatening to harm or endanger the safety of any individual in the practicum/field experience setting; Threatening statements, behaviors, acts of violence or corporal punishment against any individual in the practicum/field experience setting" suffice in creating such an environment. None of my alleged comments or actual comments threaten the teacher or could be reasonably seen as a threatening statement, behavior, act of violence, or corporal punishment.

I would like my suspension to be lifted. A suspension will have lasting collateral consequences and will preclude my efforts to obtain the degree of higher education required to be a health care professional.

Furthermore, I would like the W's lifted off of my transcript. But for this process and suspension, I would have successfully made progress in each of the courses the university dis-enrolled me from at the half-way point in the academic period. Alternatively, I would like a tuition refund or credit for a future semester.

If this is not possible, I should be forgiven for any financial obligations I owe the university as a result of this semester. No benefit has been provided to me since I was escorted off-campus by security. Thus, it is unequitable to be held to a contract[5] terminated by the University itself.

---

[5]Courts do look at some student-institution relationships through a contract's lens. *See* Common Law Rights for Private University Students: Beyond the State Action Principle (1974), 84 Yale LR 120, for the opinion that the inconsistencies in the application of contract law to the student-private university relationship suggest that the courts are unsure of their conception of the relationship. For example, courts frequently have granted injunctive or mandamus remedies in actions for illegal expulsion when such remedies are not usually employed to compel the performance of a contract.



Controlled by: 355 WG/JA

Fredericks 00019

CUI Category:  PRIVILEGE
Distribution/Dissemination Controls: Attorney-Client/Attorney-WP
POC:  355 WG/JA; COMM: 520-228-5242

CONFIDENTIALITY NOTICE. This electronic transmission is Controlled Unclassified Information (CUI) and may contain attorney work-product or information protected under the attorney-client privilege, both of which are protected from disclosure under the Freedom of Information Act, 5 U.S.C. 552. Do not release outside of DoD channels without prior authorization from the
sender. This e-mail may contain information which must be protected under the Privacy Act and AFI 33-332.

**Fredericks 00020**

Dear GCU College of Nursing,

It has come to my attention that there have been concerns about the professional attitude of a fellow GCU student while attending our NSG 322 Behavioral Health clinical rotation. I am not sure what was communicated to our professor about Ethan, but I wanted to reach out about my experiences with Ethan Fredericks during the day. Ethan and I were assigned to the same unit for our second rotation on June 21st. During our rotation, I did not feel as though Ethan was displaying an unprofessional attitude. We represent GCU as a school and I feel that we do our best to show respect to the patients and staff that we are working with. Ethan was accused of playing games on his phone during the day. I did not see Ethan play any games on his phone. The few times I saw Ethan on his phone, he was looking up terms that we did not know. During morning report, Ethan was asked by a nurse to stand to open a seat for the nurses getting report and he did as asked. During the care team meeting later in the day, Ethan, Francisco, and I stood to the side of the room while the doctors, nurses, pharmacists, and case management sat at the table in the conference room. In my personal experience, I did not feel that Ethan was disrespectful or unprofessional. If you have any questions or concerns, please feel free to contact me. Thank you for your time.

Blessings,
Emma Lunsford



To Whom It May Concern,

 I have known Ethan Fredericks for three months. We met at the success seminar held by Professor Guerrero at the beginning of level two. Fredericks has been a stellar collegiate associate. Whether it be needing assistance with misunderstood concepts or challenging pharmaceutical savviness. Fredericks strives to push his classmates to be the best students.

During our clinical experience, a situation arose where Fredericks was reported on his phone conducting unprofessional behavior throughout the 12-hour shift. I was paired with Fredericks on **6/14** in geriatric psychiatry and **6/21** in the east psychiatric unit. In the extent of our two clinical days at BUMCTS, I had not visually seen Fredericks on his phone nor conducting unprofessional dialogue.

There had been frequent downtime on **6/21** in the assigned psychiatry unit. In the course of inactivity, we worked on care plans and SBAR assignments due during the shift day. When nescient of various labs, diagnoses, and medications, we would quickly use a cellular device to gain insight on topics lacking knowledge and continue preparing our assignments.

Fredericks is accountable, timely, and holds integrity at a high standard in his morale repertoire. As a veteran of the United States Navy, Fredericks understands his prominence not only from the will to serve his country, but now to serve citizens as a registered nurse on the frontline of the healthcare field.

Sincerely,

Francisco Platero

Student Nurse – GCU

(805)-315-4779

Fplatero@my.gcu.edu

**Fredericks 00022**



To whom it may concern,

Ethan Fredericks and I have been in classes together since the program started in January. Since then, I have known him to be no less than a kind, compassionate person with a calling to serve others. The Grand Canyon University College of Nursing and Health Care Professions' mission statement is to "develop professionals using systems- and evidence-based practice to promote health, wellness, safety and quality care for individual patients and populations. It is supported by an academically rigorous liberal arts education reflecting Christian values." I have known Mr. Fredericks to uphold these values in both his academic and personal life. As a student, he cares not only about the content we are learning but also how it can be most effectively applied to give patients the best possible outcome. He pushes me to be a better student and sets high standards for himself and others. There is no doubt in my mind that he will make a great nurse and be a strong advocate for his patients in the future.

Regarding the incident that which it was reported that Mr. Fredericks allegedly wished harm to a professor and her baby, I can attest that this never happened. During an informal gathering with students and peers, Mr. Fredericks expressed frustration with his grades. He expressed that he believed he would be graded differently if assigned to a different professor and hoped that Professor Villarreal would go on maternity leave soon for that to happen. I believe his exact words were that he "wished for a happy, healthy mom and baby." During this incident, *under no circumstances did he wish harm upon anyone*. When told about what he was reported to have said, it was shocking and confusing. Anyone who met Mr. Fredericks would agree that this is not in line with his character, nor was it what was expressed in the conversation.

One of the first conversations I had with Ethan was about our desire to go into the neonatal intensive care unit, a unit dedicated to helping premature babies. Our unique God-given calling is to help babies and their families. Far from what has been alleged about him, his tender heart and natural abilities prove that he is a man who will fight for the health and happiness of every child in his care.

Sincerely,

Leah R. Blais-Mesina

Student Nurse, GCU

(858) 717-2073

lblais@my.gcu.edu

# ATTACHMENTS

**TAB A  – Suspension Letter**

**TAB B  – Pauline Romo, RN, witness statement**

**TAB C  – Leah Blais-Mesina, Student, Witness Statement**

**TAB D  – Phone Activity Log, 6/21/2022**

**TAB E  – Emma Lunsford, Student, Witness Statement**

**TAB F  – Francisco Platero, Student, Witness Statement**

**TAB G – Tara O'Connel, DO, Character Letter**

**TAB H – Robyn Burrell, RN, Character Letter**

**TAB I  – Brenda Fredericks, Character Letter**

# TAB – A

Fredericks 00025

July 7, 2022

Ethan Fredericks
3510 N. Craycroft Road
Apt. 7304
Tucson, AZ 85718

Re: Official Academic Suspension Effective 07/07/2022

Dear Ethan:

Grand Canyon University holds academic integrity and professionalism close to the heart of its mission. For these two reasons, we believe it is important for students and faculty alike to be able to report incidents where these two values are violated.

You are hereby notified of your suspension from Grand Canyon University based on the recommendation from the Code of Conduct Committee, in consultation with the College of Nursing and Health Care Professions and the Associate Vice President of Academic Compliance and Regulation, effective 07/07/2022. Your suspension from the University means you cannot register for any additional courses for one academic semester. After the duration of your one semester suspension concludes, you may contact your Student Services Counselor in order to apply for reinstatement into the University. Due to your suspension, your access to the Halo classroom system has been terminated until you are approved for reinstatement. Please note that reinstatement into the University is not guaranteed.

Your suspension is based upon violations of the Student Code of Conduct and Academic Standards, which were charged against you on 06/23/2022. You were notified of the charges on 06/30/2022, which informed you of your opportunity to speak on your own behalf to the Code of Conduct Committee. The official notification was sent to ethanjfredericks@gmail.com, as well as EFrederick3@my.gcu.edu. You opted to participate in your hearing and discussed this issue with the Code of Conduct Committee, which convened on 07/05/2022.

Upon investigation of the classroom, there is substantial evidence of student conduct violations as reported for your NSG-320 course. Below outlines the violations, as well as the evidence and resulting penalties:

- Policy Violations:
  - Behaving in any manner that creates a disruption, or a hostile or offensive educational environment for a student, faculty member, or staff member
  - Communicating or behaving in any form that disrupts or interferes with the educational process or any institutional function
  - Failing to adhere to college dispositional expectations, policies and standards, as referred to the Code of Conduct Committee by college Professional Practices Committees.

FIND YOUR PURPOSE

**Fredericks 00026**

- o Threatening statements, behaviors, or acts of violence against students, faculty, and staff
- Evidence of Policy Violations:
  - o It was reported that you made inappropriate statements and demonstrated unprofessional behavior during your time at your clinical setting. Specifically, the following was reported:
    - On 06/11/2022: It was reported that you had informed the RN that you were cleared to administer medications without instructor supervision, however, you were not cleared to do so as you had only been observed performing a Sub Q injection and nothing else.
    - On 06/17/2022: It was reported you had made verbal statements complaining about the University and its faculty being incompetent and lacking the appropriate credentials to teach. Additionally, it has been reported that you had made statements regarding one of your instructors, who is currently pregnant, that you had wished she would have her baby prematurely or that it would die so that the instructor would leave the University.
    - On 06/18/2022: It was reported you had attempted to perform a blood draw even though you have not been cleared to perform this action. When this was addressed, you stated "at least we tried." It has been reported that you also demonstrated an inappropriate attitude regarding what you are permitted to do and not to do in the clinical setting.
    - On 06/21/2022: It was reported by the RN that you were on your cell phone excessively playing games throughout morning report and the day.
    - On 06/23/2022: During a meeting to review your previous statements and behavior listed above, you had admitted to your previous comments, but stated you wished no harm on your instructor's infant. Additionally, you did not deny your statements regarding University faculty and the University as a whole. However, you denied being on your phone for the day and having any negative interactions at the clinical site. You were specifically informed during this meeting the appropriate hierarchy for addressing any issues you may have. You verbally acknowledged this meeting and your understanding of what was discussed as well as the Code of Conduct report that would be filed.
  - o Please note, students are welcome to present opposing viewpoints and challenge others while participating in course discussions; however, all communications are required to abide by the ethical, professional, and academic standards that are conducive to a positive learning experience. Additionally, students are expected to employ open and respectful communication in all mediums, including on-site clinicals, discussion forums, assignments, and emails. Although we understand your frustration with regard to the course policies and University requirements, your communication shows a lack of respect and professionalism toward the University's staff and clinical site staff. Furthermore, any concerns you have with your instructor or the classroom are handled directly with your Student Services Counselor (SSC).
- University-level Penalties:
  - o You are academically suspended from GCU for a period of one academic semester, based on violations of the Student Code of Conduct and Academic Standards.
  - o You have been removed from the following courses and the grade will reflect a "W" for the classes:

FIND YOUR PURPOSE

**Fredericks 00027**

- NSG-320-TUCB22SP (05.09.2022-08.21.2022)
- NSG-320C-TUCB22SP (05.09.2022-08.21.2022)
- NSG-322-TUCB22SP (05.09.2022-08.21.2022)
- NSG-324-TUCB22SP (05.09.2022-08.21.2022)
- NSG-322C-TUCB22SP (05.09.2022-08.21.2022)
- NSG-322CI-TB1DAY1 (2022 SU NURSING)
- NSG-320CC-TUB1016 (2022 SU NURSING)
- NSG-322CC-TB460252 (2022 SU NURSING)

- If you are living in on-campus housing, you must reach out directly to Housing at 602-639-6240 in order to schedule a time to pick up your items. You are required to be moved out of housing within two (2) days of the date of this notification.
- Upon conclusion of the one academic semester suspension, ending 01/09/2023, you may apply for reinstatement into the University, however, reinstatement is not guaranteed.
- At which time you are permitted to resume your program of study, you will be academically and financially responsible for repeating these courses.
- Should an additional incident occur, a formal complaint will be made by the University to your respective board of nursing.
- For the duration of your suspension, you are not permitted to be on campus property. This includes participating in, or attending, any activity or function on GCU property, including public events. If you need to utilize a campus-based service (i.e. Student Services), you are required to arrange this ahead of time. Please contact Academic Compliance at 602-639-7800 for approval and for arrangements to be made with Campus Safety. Failure to comply with this directive will result in being formally trespassed by the Grand Canyon University Campus Safety Office or Grand Canyon University Police Department.

It is the University's policy to create an environment in which this type of behavior is barred from the classroom, and all students are held to appropriate professional standards. This includes requiring students to employ open and respectful communication in all mediums, including discussion forums, assignments, emails, and telephone conversations. Your recent behavior does not support the type of environment we expect at Grand Canyon University. Inappropriate or harassing communications, whether intentional or unintentional, will not be tolerated. Students are expected to abide by ethical, professional, and academic standards that are conducive to a positive learning experience.

Please note that if additional incidents occur, you are subject to additional measures including, but not limited to, removal from a course, removal from your program of study, failing grades, and expulsion.

The Office of Academic Compliance
Grand Canyon University
--
3300 W. Camelback Rd.
Phoenix, AZ 85017
Direct: (602) 639-7800
academicstandards@gcu.edu

FIND YOUR PURPOSE

**Fredericks 00028**

# TAB – B

**Fredericks 00029**

To whom it may concern,

I had the privilege of precepting a GCU student named Ethan on 6/18/ 2022. I have been made aware of the allegations against him for this clinical day. I do recall asking the instructor if Ethan was allowed to draw blood from aPicc line.  The instructor told me if I recall correctly that this skill had not yet been provided by the school until the following week..so Ethan would not be able to practice this skill in the clinical setting. Therefore, Ethan did not perform this skill however, he did watch as I the RN performed the task.
I do remember hearing Ethan state "well we tried", however, I do not recall it being in a negative way. Ethan was well mannered during our time together and willing to listen. I am available if you need any further support of Ethans performance or conduct you can contact me on my cell 520.342.9953 or on the unit at 520-324-7599.

Thank you for your time,
- Pauline Romo RN
U800 TMC


(This was copied from text message form. To preserve the nurses exact wording and intent it has not been edited or adjusted. )

# TAB – C

Fredericks 00031



To whom it may concern,

Ethan Fredericks and I have been in classes together since the program started in January. Since then, I have known him to be no less than a kind, compassionate person with a calling to serve others. The Grand Canyon University College of Nursing and Health Care Professions' mission statement is to "develop professionals using systems- and evidence-based practice to promote health, wellness, safety and quality care for individual patients and populations. It is supported by an academically rigorous liberal arts education reflecting Christian values." I have known Mr. Fredericks to uphold these values in both his academic and personal life. As a student, he cares not only about the content we are learning but also how it can be most effectively applied to give patients the best possible outcome. He pushes me to be a better student and sets high standards for himself and others. There is no doubt in my mind that he will make a great nurse and be a strong advocate for his patients in the future.

Regarding the incident that which it was reported that Mr. Fredericks allegedly wished harm to a professor and her baby, I can attest that this never happened. During an informal gathering with students and peers, Mr. Fredericks expressed frustration with his grades. He expressed that he believed he would be graded differently if assigned to a different professor and hoped that Professor Villarreal would go on maternity leave soon for that to happen. I believe his exact words were that he "wished for a happy, healthy mom and baby." During this incident, *under no circumstances did he wish harm upon anyone*. When told about what he was reported to have said, it was shocking and confusing. Anyone who met Mr. Fredericks would agree that this is not in line with his character, nor was it what was expressed in the conversation.

One of the first conversations I had with Ethan was about our desire to go into the neonatal intensive care unit, a unit dedicated to helping premature babies. Our unique God-given calling is to help babies and their families. Far from what has been alleged about him, his tender heart and natural abilities prove that he is a man who will fight for the health and happiness of every child in his care.

Sincerely,

Leah R. Blais-Mesina

Student Nurse, GCU

(858) 717-2073

lblais@my.gcu.edu

# TAB – D

Fredericks 00033

| Week | Day |
|------|-----|

SCREEN TIME       SHOW TODAY

Tuesday, June 21

# 5h 49m





**Social**
3h 34m

**Information & Reading**
35m

**Productivity & Finance**
17m

Updated today at 16:58 🔄

MOST USED       SHOW CATEGORIES

| | Messages | 2h | › |
|---|---|---|---|
| | Safari | 44m | › |
| | TikTok | 44m | › |
| G | google.com | 35m | › |

Fredericks 00034

# TAB – E

Fredericks 00035

Dear GCU College of Nursing,

It has come to my attention that there have been concerns about the professional attitude of a fellow GCU student while attending our NSG 322 Behavioral Health clinical rotation. I am not sure what was communicated to our professor about Ethan, but I wanted to reach out about my experiences with Ethan Fredericks during the day. Ethan and I were assigned to the same unit for our second rotation on June 21st. During our rotation, I did not feel as though Ethan was displaying an unprofessional attitude. We represent GCU as a school and I feel that we do our best to show respect to the patients and staff that we are working with. Ethan was accused of playing games on his phone during the day. I did not see Ethan play any games on his phone. The few times I saw Ethan on his phone, he was looking up terms that we did not know. During morning report, Ethan was asked by a nurse to stand to open a seat for the nurses getting report and he did as asked. During the care team meeting later in the day, Ethan, Francisco, and I stood to the side of the room while the doctors, nurses, pharmacists, and case management sat at the table in the conference room. In my personal experience, I did not feel that Ethan was disrespectful or unprofessional. If you have any questions or concerns, please feel free to contact me. Thank you for your time.

Blessings,
Emma Lunsford

# TAB – F

Fredericks 00037



To Whom It May Concern,

 I have known Ethan Fredericks for three months. We met at the success seminar held by Professor Guerrero at the beginning of level two. Fredericks has been a stellar collegiate associate. Whether it be needing assistance with misunderstood concepts or challenging pharmaceutical savviness. Fredericks strives to push his classmates to be the best students.

During our clinical experience, a situation arose where Fredericks was reported on his phone conducting unprofessional behavior throughout the 12-hour shift. I was paired with Fredericks on **6/14** in geriatric psychiatry and **6/21** in the east psychiatric unit. In the extent of our two clinical days at BUMCTS, I had not visually seen Fredericks on his phone nor conducting unprofessional dialogue.

There had been frequent downtime on **6/21** in the assigned psychiatry unit. In the course of inactivity, we worked on care plans and SBAR assignments due during the shift day. When nescient of various labs, diagnoses, and medications, we would quickly use a cellular device to gain insight on topics lacking knowledge and continue preparing our assignments.

Fredericks is accountable, timely, and holds integrity at a high standard in his morale repertoire. As a veteran of the United States Navy, Fredericks understands his prominence not only from the will to serve his country, but now to serve citizens as a registered nurse on the frontline of the healthcare field.

Sincerely,

Francisco Platero

Student Nurse – GCU

(805)-315-4779

Fplatero@my.gcu.edu

**Fredericks 00038**

# TAB – G

Fredericks 00039

31 August 2020

From: Commander Tara A. O'Connell, Medical Corps, United States Navy

To: Whom This May Concern

Subject: LETTER OF RECOMMENDATION FOR ETHAN FREDERICKS

1. This letter is being submitted on behalf of Ethan Fredericks with my highest recommendation for future enrollment into a registered nursing degree program. HM3 Fredericks is one of the finest United States Navy Hospital Corpsmen whom I have worked with during my 12-year career.

2. I had the extreme pleasure of working with HM3 Fredericks from June 2019 until May 2020 in the Medical Homeport at U.S. Navy Medicine Readiness and Training Unit Bahrain located in the Middle East. The job of a U.S. Navy Hospital Corpsman is an incredibly challenging one. A Corpsman is so much more than a medical assistant. In the clinic, they are not just responsible for taking full patient histories but they start IVs, assist in procedures, and even perform minor procedures. Having previously worked on Labor and Delivery at his prior command, HM3 Fredericks already had an impeccable bedside manner when we started working together. Not only is HM3 Fredericks excellent with taking a patient history, but he can smartly discuss diagnoses and possible treatment courses. He thinks critically and is a quick learner. After doing a single procedure with me, he would expertly set up the room for the next one we would do.

3. HM3 Fredericks' best display of his ambition and drive was when he volunteered to go on a several month deployment on a U.S. Navy warship. There are no physicians on this ship and the Navy Corpsmen is expected to act as doctor, nurse, and dentist for his shipmates. HM3 Fredericks not only took phenomenal care of his crew but he earned two warfare devices during this deployment.

4. I have full confidence that HM3 Fredericks will be an excellent registered nurse and will excel in any program that is lucky to have him. I am honored that he asked me to write this letter and I have no reservations in giving my strongest recommendation for enrollment into your program.

5. I may be reached via email at tara.oconnell@navy.mil or cell at 631-786-1790 for any questions or concerns.

Very Respectfully,

*Tara O'Connell*

Tara O'Connell, DO
CDR, MC, USN

**Fredericks 00040**

# TAB – H

Fredericks 00041



From:  Hopper Burrell, Robyn Angelina RN
To:       To Whom it May Concern

Subj:   LETTER OF CHARACTER FOR FREDERICKS, ETHAN, J.

1.   Mr. Fredericks professional and moral character, while under my direct supervision, was nothing less than stellar. He showed compassion, cared for, and assisted on the deliveries of more than 165 newborns, treated their mothers and triaged patients with high patient evaluations. Mr. Fredericks is an intelligent, highly motived, and experienced L&D Corpsman and I'm sure an outstanding student with high marks because he has always been a person of great moral fiber.  As only one of three Corpsmen to qualify to shift lead, he earned the genuine respect of seniors, juniors, his peers, and his patients throughout his tour under my supervision.  He is a well-rounded professional of many interests and demonstrated to me that he is ready for greater responsibilities through his sustained superior performance.  His dedication and drive for professionalism pushes him for new challenges making him the person you want in your program and by your side in an emergency.  If you want quality students, he is who you want.

2.   During my interactions with Ethan I've observed his passion for people and the health care profession, and I truly believe that he will make an excellent nurse.  His love for our community comes from his upbringing and experience while on my staff.  Mr. Fredericks was an asset to the Naval Hospital Bremerton L&D floor and will continue to be an asset at to your school and when working in our nursing community!  He repeatedly demonstrated his maturity, professionalism, and character towards those he has cared for under my direct supervision.  I have no doubt in his character and believe that he will go on to become a truly compassionate healthcare professional.

R. A. HOPPER BURRELL, RN

Copy to:
CWO3 T. D. BURRELL USN (RETIRED)

**Fredericks 00042**

# TAB – I

Fredericks 00043

6/23/2022

To whom it may concern,

Although a character witness from a mom may not carry much weight, I believe Ethan's story is unlike any other.  As an adoptive mom, Ethan came into my life when he was 8.  He was parentified, having cared for his younger sister of 5 years from her birth until they came to our home. I believe this deeply painful experience caused him to be an extraordinarily compassionate person from a very young age. Ethan has always been much loved and appreciated by those who know him.  This was particularly true with peers and teachers growing up. Due to his tender heart and care for others, I often refer to him as a gentle giant. When Ethan mentioned a desire to pursue nursing, it came as no surprise. After mentioning nursing, he was quick to add his desire to work with children. This also proved to be consistent with who I gave grown to know and love.

Please consider allowing Ethan to continue the nursing program at Grand Canyon University to fulfill his purpose in becoming a registered nurse with the compassionate heart he has already displayed to those in his life.

Warm regards,

Brenda Fredericks

# Fwd: Official Notification from The Office of Academic Compliance



Get [Outlook for iOS](#)



Get [Outlook for iOS](#)

**From:** Ethan J Fredericks <EFrederick3@my.gcu.edu>
**Sent:** Friday, July 1, 2022 11:27:08 AM
**To:** Academic Standards <academicstandards@gcu.edu>; ethanjfredericks@gmail.com <ethanjfredericks@gmail.com>
**Subject:** Re: Official Notification from The Office of Academic Compliance

Good Day,

As previously requested over phone call this morning, I have attached all documentation that I would like to submit to the board. I am awaiting the date and time for my Zoom call with the board. Thank you for your time and consideration in this matter. I look forward to meeting with the board and having a productive conversation.

V/R
Ethan Fredericks

**From:** Academic Standards <academicstandards@gcu.edu>
**Date:** Thursday, June 30, 2022 at 3:25 PM
**To:** ethanjfredericks@gmail.com <ethanjfredericks@gmail.com>, Ethan J Fredericks <EFrederick3@my.gcu.edu>
**Subject:** Official Notification from The Office of Academic Compliance

**Fredericks 00045**

GRAND CANYON UNIVERSITY

3300 West Camelback Road | Phoenix, Arizona 85017 | 602.639.7500 | Toll Free 800.800.9776 | www.gcu.edu

June 30, 2022

Ethan Fredericks
3510 North Craycroft Road
Apt. 7304
Tucson, AZ 85718

Re: Official Notification

**Please read this letter in its entirety. If you choose to participate in the Code of Conduct Committee hearing, your response and chosen method of participation must be received within seven (7) days.**

Dear Ethan:

This email serves as official notification that you have been reported to the University for violating the Student Code of Conduct and Academic Standards in your NSG-320 course. The specific policy violations, as listed in the *University Policy Handbook*, are as follows:

- Behaving in any manner that creates a disruption, or a hostile or offensive educational environment for a student, faculty member, or staff member
- Communicating or behaving in any form that disrupts or interferes with the educational process or any institutional function
- Failing to adhere to college dispositional expectations, policies and standards, as referred to the Code of Conduct Committee by college Professional Practices Committees
- Threatening statements, behaviors, or acts of violence against students, faculty, and staff

It was reported that you made inappropriate statements and demonstrated unprofessional behavior during your time at your clinical setting. Specifically, the following was reported:

- On 06/11/2022: It was reported that you had informed the RN that you were cleared to administer medications without instructor supervision, however, you were not cleared to do so as you had only been observed performing a Sub Q injection and nothing else.
- On 06/17/2022: It was reported you had made verbal statements complaining about the University and it's faculty being incompetent and lacking the appropriate credentials to teach. Additionally, it has been reported that you had made statements regarding one of your instructors, who is currently pregnant, that you had wished she would have her baby prematurely or that it would die so that the instructor would leave the University.
- On 06/18/2022: It was reported you had attempted to perform a blood draw even though you have not been cleared to perform this action. When this was addressed, you stated "at least we tried." It has been reported that you also demonstrated an inappropriate attitude regarding what you are permitted to do and not to do in the clinical setting.
- On 06/21/2022: It was reported by the RN that you were on your cell phone excessively playing games throughout morning report and the day.
- On 06/23/2022: During a meeting to review your previous statements and behavior listed

**Fredericks 00046**

above, you had admitted to your previous comments, but stated you wished no harm on your instructor's infant. Additionally, you did not deny your statements regarding University faculty and the University as a whole. However, you denied being on your phone for the day and having any negative interactions at the clinical site. You were specifically informed during this meeting the appropriate hierarchy for addressing any issues you may have. You verbally acknowledged this meeting and your understanding of what was discussed as well as the Code of Conduct report that would be filed.

Please note, students are welcome to present opposing viewpoints and challenge others while participating in course discussions; however, all communications are required to abide by the ethical, professional, and academic standards that are conducive to a positive learning experience. Additionally, students are expected to employ open and respectful communication in all mediums, including on-site clinicals, discussion forums, assignments, and emails. Although we understand your frustration with regard to the course policies and University requirements, your communication shows a lack of respect and professionalism toward the University's staff and clinical site staff. Furthermore, any concerns you have with your instructor or the classroom are handled directly with your Student Services Counselor (SSC). The information has been reviewed by the College of Nursing and Health Care Professions and is considered sufficient to warrant the charges.

Per the *University Policy Handbook*, you have the right to speak with the Code of Conduct Committee before any action is taken by the University. Please note that speaking to the Code of Conduct Committee is not required, it is an option provided to you. However, the Code of Conduct Committee will still review the documentation and make a determination whether or not you choose to participate in your conference. If you do not wish to address the Code of Conduct Committee, no action is required.

If you feel this report is in error and desire to show proof, explain exculpatory circumstances, or have other information you would like to present to the Code of Conduct Committee, you may select one of the following methods of participation:
- Written Statement – You provide a written summary and any relevant documentation, which is reviewed by the Committee on your conference date.
- Telephone Conference – You provide a written summary and any relevant documentation prior to your conference date. You are then contacted via telephone at a specific time on your conference date and connected with the Code of Conduct Committee to discuss your provided written documentation.
- Appear In-Person – You provide a written summary and any relevant documentation prior to your conference. You then meet with the Code of Conduct Committee at a specific time on your conference date. Please note that you are responsible for any expenses incurred.

Per the *University Policy Handbook*, you have seven days from the date of the official email notification to respond, or you will waive your right to participate. Therefore, if you intend to participate, you must respond via telephone or email and select the method by which you intend to participate **no later than 07/07/2022**. If your request is not received by this date, we will be unable to accommodate any requests to participate other than via written statement.

Information about the Code of Conduct procedure, including potential penalties, can be found in the *University Policy Handbook* available through https://www.gcu.edu/academics/academic-policies.php

Your response must be received no later than 07/07/2022.

**Fredericks 00047**

Thank you,

The Office of Academic Compliance
Grand Canyon University
--
3300 W. Camelback Rd.
Phoenix, AZ  85017
Direct: (602) 639-7800
academicstandards@gcu.edu


**The Office of Academic Compliance**
Code of Conduct
--
Grand Canyon University
3300 W Camelback Rd
Phoenix, AZ 85017
Phone: (602) 639-7800
Email: Academicstandards@gcu.edu
Website: https://www.gcu.edu/academics/academic-policies.php
Student Success Center: http://www.gcumedia.com/lms-resources/student-success-center/v3.1/#/tools/academic-integrity

---

This message is private and confidential. If you have received it in error, please notify the sender and remove it from your system.

**Fredericks 00048**

31 August 2020

From: Commander Tara A. O'Connell, Medical Corps, United States Navy

To: Whom This May Concern

Subject: LETTER OF RECOMMENDATION FOR ETHAN FREDERICKS

1.  This letter is being submitted on behalf of Ethan Fredericks with my highest recommendation for future enrollment into a registered nursing degree program.  HM3 Fredericks is one of the finest United States Navy Hospital Corpsmen whom I have worked with during my 12-year career.

2. I had the extreme pleasure of working with HM3 Fredericks from June 2019 until May 2020 in the Medical Homeport at U.S. Navy Medicine Readiness and Training Unit Bahrain located in the Middle East.  The job of a U.S. Navy Hospital Corpsman is an incredibly challenging one.  A Corpsman is so much more than a medical assistant.  In the clinic, they are not just responsible for taking full patient histories but they start IVs, assist in procedures, and even perform minor procedures.  Having previously worked on Labor and Delivery at his prior command, HM3 Fredericks already had an impeccable bedside manner when we started working together.  Not only is HM3 Fredericks excellent with taking a patient history, but he can smartly discuss diagnoses and possible treatment courses.  He thinks critically and is a quick learner.  After doing a single procedure with me, he would expertly set up the room for the next one we would do.

3.  HM3 Fredericks' best display of his ambition and drive was when he volunteered to go on a several month deployment on a U.S. Navy warship.  There are no physicians on this ship and the Navy Corpsmen is expected to act as doctor, nurse, and dentist for his shipmates.  HM3 Fredericks not only took phenomenal care of his crew but he earned two warfare devices during this deployment.

4.  I have full confidence that HM3 Fredericks will be an excellent registered nurse and will excel in any program that is lucky to have him.  I am honored that he asked me to write this letter and I have no reservations in giving my strongest recommendation for enrollment into your program.

5.  I may be reached via email at tara.oconnell@navy.mil or cell at 631-786-1790 for any questions or concerns.

Very Respectfully,

Tara O'Connell, DO
CDR, MC, USN

**Fredericks 00049**



Ethan Fredericks

20812115

Program: All

GPA: N/A

Last Term Attended: 2022 Summer Semester

School Status: Dismissed

## ONLINE - Class Schedule

**Name: Ethan Fredericks**

**Student Number : 20812115**

| Course | Description | Instructor | Credits | Grade | Start Date | End Date | Status |
|---|---|---|---|---|---|---|---|
| CWV-101 | Christian Worldview | Meadows, Ray | 4.00 | A | 11/2/2020 | 12/20/2020 | Completed |
| BIO-201 | Human Anatomy and Physiology I | Osgood, Kristy | 3.00 | A | 11/2/2020 | 12/20/2020 | Completed |
| BIO-201L | Human Anatomy and Physiology I: Lab | Doebler, Valerie | 1.00 | A | 11/2/2020 | 12/20/2020 | Completed |
| BIO-202 | Human Anatomy and Physiology II | Carey, Michelle | 3.00 | B+ | 1/4/2021 | 2/21/2021 | Completed |
| BIO-202L | Human Anatomy and Physiology II-Lab | Foster, Veronica | 1.00 | A | 1/4/2021 | 2/21/2021 | Completed |
| PSY-357 | Lifespan Development | Pullara, Anna | 4.00 | A | 1/4/2021 | 2/28/2021 | Completed |
| BIO-319 | Applied Nutrition | Tyndall, Sheron | 4.00 | A | 3/1/2021 | 4/25/2021 | Completed |
| BIO-322 | Applied Pathophysiology | Hare, Rebekah | 4.00 | B- | 3/1/2021 | 4/25/2021 | Completed |
| CHM-101 | Introduction to General, Organic, and Biochemistry | Rivera-Jacquez, Hector | 3.00 | A | 8/23/2021 | 10/10/2021 | Completed |
| CHM-101L | Introduction to General, Organic, and Biochemistry Lab | Sacha, Blake | 1.00 | A | 8/23/2021 | 10/10/2021 | Completed |
| BIO-205 | Microbiology | Mahdi, Nader | 3.00 | A- | 8/23/2021 | 10/10/2021 | Completed |
| BIO-205L | Microbiology - Lab | Suri, Sonia | 1.00 | A- | 8/23/2021 | 10/10/2021 | Completed |

## 2022 Spring Semester - Class Schedule

**Name: Ethan Fredericks**

**Student Number : 20812115**

| Course | Description | Instructor | Credits | Grade | Start Date | End Date | Status |
|---|---|---|---|---|---|---|---|
| NSG-300 | Foundations of Nursing | Howard, Carolyn | 4.00 | B | 1/3/2022 | 4/24/2022 | Completed |
| NSG-316 | Health Assessment | Jensen, Rachel | 4.00 | B+ | 1/3/2022 | 4/24/2022 | Completed |
| NSG-318 | Introduction to Pharmacology | Jensen, Rachel | 3.00 | B- | 1/3/2022 | 4/24/2022 | Completed |
| NSG-310 | Introduction to Professional Nursing | Malishkin, Yuliya | 3.00 | A- | 1/3/2022 | 4/24/2022 | Completed |
| NSG-300CC | FN Clinical Rotation | Wilson, Daryl | 0.00 | CR | 2/22/2022 | 4/7/2022 | Completed |
| NSG-300C | Foundations of Nursing Clinical | Howard, | 2.00 | A | 1/3/2022 | 4/24/2022 | Completed |

# GRAND CANYON
## U N I V E R S I T Y™

| Course | Description | Instructor | Credits | Grade | Start Date | End Date | Status |
|---|---|---|---|---|---|---|---|
| | | Carolyn | | | | | |
| NSG-300CI | FN Immersive Simulation | Dooley, Annjeanette | 0.00 | CR | 2/8/2022 | 2/8/2022 | Completed |
| NSG-300CI | FN Immersive Simulation | Post, Cynthia | 0.00 | CR | 4/5/2022 | 4/5/2022 | Completed |

## 2022 Summer Semester - Class Schedule

Unofficial Transcript

**Name: Ethan Fredericks**

**Student Number : 20812115**

| Course | Description | Instructor | Credits | Grade | Start Date | End Date | Status |
|---|---|---|---|---|---|---|---|
| NSG-320 | Adult Health Nursing I | Saintil, Nancy | 5.00 | W | 5/9/2022 | 8/21/2022 | Dropped |
| NSG-322 | Behavioral Health Nursing | Ackman, Deborah | 3.00 | W | 5/9/2022 | 8/21/2022 | Dropped |
| NSG-324 | Research and Evidence-Based Practice | Villarreal, Iliana | 3.00 | W | 5/9/2022 | 8/21/2022 | Dropped |
| NSG-320CC | AHN I Clinical Rotation | Aroz, Crystal | 0.00 | W | 6/11/2022 | 7/23/2022 | Dropped |
| NSG-320C | Adult Health Nursing I Clinical | Saintil, Nancy | 3.00 | W | 5/9/2022 | 8/21/2022 | Dropped |
| NSG-322C | Behavioral Health Nursing Clinical | Ackman, Deborah | 1.00 | W | 5/9/2022 | 8/21/2022 | Dropped |
| NSG-322CC | BHN Clinical Rotation | Jones, Gar | 0.00 | W | 6/14/2022 | 6/21/2022 | Dropped |
| NSG-322CI | BHN Immersive Simulation | Dooley, Annjeanette | 0.00 | W | 6/10/2022 | 6/10/2022 | Dropped |
| NSG-322CI | BHN Immersive Simulation | Dooley, Annjeanette | 0.00 | CR | 5/23/2022 | 5/23/2022 | Completed |
| NSG-320CI | AHN I Immersive Simulation | Dooley, Annjeanette | 0.00 | CR | 5/24/2022 | 5/24/2022 | Completed |
| NSG-320CI | AHN I Immersive Simulation | Dooley, Annjeanette | 0.00 | CR | 6/24/2022 | 6/24/2022 | Completed |
| NSG-320CI | AHN I Immersive Simulation | Post, Cynthia | 0.00 | CR | 6/27/2022 | 6/27/2022 | Completed |

Unofficial Transcript

**Fredericks 00051**