Robert B. Zelms, Arizona Bar No. 018956
rzelms@zellaw.com
**ZELMS ERLICH LENKOV LLP**
5415 E. High Street, Suite 425
Phoenix, Arizona 85054
Main: (480) 608-2114
*Attorney for Defendant*

ZELMS ERLICH LENKOV California | New Mexico | Arizona | Texas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Ethan J. Fredericks,<br><br>Plaintiff,<br><br>v.<br><br>Grand Canyon University,<br><br>Defendant. | Case No. 2:25-cv-01331-JJT<br><br>**NOTICE OF DEPOSITION OF PLAINTIFF ETHAN J. FREDERICKS** |

**YOU ARE HEREBY NOTIFIED** that pursuant to Rule 30, *Fed.R.Civ.P.*, the deposition will be taken upon oral examination of the person whose name and address are stated below at the time and place stated below before an officer authorized by law to administer oaths. If the name is not known, a general description sufficient to identify the person or the particular class or group to which the person belongs is given below.

| | |
|---|---|
| **PERSON TO BE EXAMINED:** | Ethan J. Fredericks |
| **DATE OF DEPOSITION:** | November 9, 2026 |
| **TIME OF DEPOSITION:** | 10:00 a.m. |
| **PLACE OF DEPOSITION:** | *via* Zoom |
| **METHOD OF RECORDING:** | Stenographic |

**ADA NOTIFICATION**

A request for reasonable accommodation for persons with disabilities must be made at least three (3) judicial days in advance of the deposition.

**INTERPRETER NOTIFICATION**

A request for an interpreter for persons with limited English proficiency must be made by the party needing the interpreter and/or translator or his/her counsel at least ten (10)

ZELMS ERLICH LENKOV California | New Mexico | Arizona | Texas

judicial days in advance of the deposition.

**DATED:** October 2, 2026

**ZELMS ERLICH LENKOV LLP**

By: [signature]

Robert B. Zelms
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2026, I electronically transmitted the foregoing document and any attachments to the Office of the Clerk of the United States District Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Blake Wilkie
LENTO LAW GROUP
5635 N. Scottsdale Rd., Suite 170-W2
Scottsdale, AZ 85250
blake.wilkie12@gmail.com
*Attorneys for Plaintiff*

By: *s/ Melanie Herrmann*
*mherrmann@zellaw.com*